UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Booker,

                                  Plaintiff(s),                              **O R D E R**

            -against –
                                                                7:23-CV-10433 (CS) (JCM)


American Sugar Refining, Inc. et al,
                                  Defendant(s).
------------------------------------------------------------X

Seibel, J.

         It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within sixty (60) days of the date of this order,

Plaintiff may apply by letter within the sixty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.


         **SO ORDERED**.

Dated:  December 2, 2025
         White Plains, New York




_____
         CATHY SEIBEL, U.S.D.J.